# United States District Court
# District of New Jersey

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. MARK FALK |
| v. | : | **CRIMINAL COMPLAINT** |
| CHRISTIAN REYES<br>a/k/a "Enano" | : | Magistrate No. 12-3757 |
| | : | Filed Under Seal |

I, Jordan Benson, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

SEE ATTACHMENT A

I further state that I am a Special Agent with the Federal Bureau of Investigation and that this complaint is based on the following facts:

SEE ATTACHMENT B

_____
Jordan Benson
Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

December 7, 2012            at      Newark, New Jersey
Date                                 City and State

Honorable Mark Falk                  _____
United States Magistrate Judge       Signature of Judicial Officer

## ATTACHMENT A

From at least as early as in and around July 2012 through on or about November 30, 2012, in Union County, in the District of New Jersey and elsewhere, defendant

CHRISTIAN REYES
a/k/a "Enano,"

did knowingly and intentionally conspire and agree with others to distribute and possess with intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, contrary to Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), and

In violation of Title 21, United States Code, Section 846.

interception of wire and electronic communication to and from a cellular telephone facility utilized by Antonio Vazquez a/k/a "Panta" (hereinafter "Panta")(the "2nd Panta Facility").[2]

5. Conversations intercepted over the 1st Duro Facility, the 2nd Duro Facility and the 2nd Panta Facility, demonstrate that REYES, Co-Conspirator #2 and Co-Conspirator #3 are involved in the conspiracy to traffic cocaine in and around the Newark and Elizabeth, New Jersey area. In the following paragraphs, I have set forth excerpts of the recorded conversations and then provided an explanation of the conversation in parenthesis. Explanations in parentheses are based on my training and experience, and that of other agents and law enforcement officers with whom I have conferred regarding the facts and circumstances of this investigation. In addition, transcripts of the conversations, are in draft form. As such, quoted passages of phone conversations referenced below are in sum and substance.

6. On September 18, 2012, in a call intercepted over the 1st El Duro Facility, Co-Conspirator #3 and El Duro discussed problems receiving a parcel containing narcotics in the mail. In particular, Co-Conspirator #3 advised that he was told that "the name was written wrong" and that "after five days, the package cannot be delivered." Co-Conspirator #3 advised El Duro that they should "put a cell phone inside a container" in order to catch whoever is "stealing" their packages. (Co-Conspirator #3 and El Duro were concerned because parcels containing narcotics did not arrive at their intended destinations).

7. On September 26, 2012, in a call intercepted over the 1st El Duro Facility, Co-Conspirator #3 and El Duro continued discussing parcels that had been lost in the mail. El Duro stated that he is not getting anything soon because "those people ran into trouble" (El Duro was discussing problems with his suppliers of narcotics). Co-Conspirator #3 suggested that El Duro make a business proposition to "Christian" (REYES) that El Duro could "buy 3" and REYES could provide an "additional 3" on credit (Co-Conspirator #3 was proposing that El Duro make a deal with REYES to send an additional 6 kilograms of cocaine through the mail in order to offset their losses due to the lost parcels).

8. On October 12, 2012, in a call intercepted over the 1st El Duro Facility, Co-Conspirator #3 and El Duro discussed doing business with REYES and another individual who had kilograms of cocaine available for "28 right now" (REYES could provide Co-Conspirator #3 and El Duro with kilograms of cocaine for $28,000). Co-Conspirator #3 asked if El Duro was interested because "they have a guy who can package everything" (Co-Conspirator #3 was confirming that an associate of REYES could package the parcels and send them).

9. On October 15, 2012, in a call intercepted over the 1st El Duro Facility, Co-Conspirator #2 and El Duro discussed the purchase and sale of cocaine. Co-Conspirator #2 advised El Duro that he had "1500" (grams of cocaine) available for El Duro.

---

[2] Panta is an associate of REYES, involved in distributing narcotics in Elizabeth, New Jersey and elsewhere.

4

10. On October 16, 2012 in a call number intercepted over the 1st Duro Facility, El Duro spoke to REYES and asked if they checked "that today" (Duro was asking about the status of a narcotics shipment). REYES replied "yes, they were getting rid of that." (REYES was telling El Duro that he would be sending the narcotics). El Duro then stated "that will be ready today" (El Duro was discussing the narcotics shipment). El Duro asked "what is going on with the cousin," and REYES responded that "the cousin told me that he was going to call me later… it appeared like he was going to make a dollar." El Duro then told REYES to "bother him to see if that can happen" (El Duro was directing REYES to ask about the narcotics shipment).

11. On October 22, 2012 in a call number intercepted over the 1st Duro Facility, El Duro spoke to REYES and asked if "it's good," and REYES told him "everything [REYES has] checked has been good but that [REYES] hasn't sold any yet" (El Duro was asking REYES about a mulitkilogram supply of narcotics and REYES was giving El Duro an update). El Duro and REYES then discussed how to process the narcotics. REYES said that "right now it's loose" and El Duro told him to "put about two inches worth in a sandwich bag and to press it into tablets by driving over it with a car" (El Duro was telling REYES how to press the narcotics into solid form).

    A.    <u>November 8, 2012 Seizure of Parcels in Allentown, Pennsylvania and Waterbury, Connecticut</u>

12. Between November 5, 2012 and November 8, 2012, in calls intercepted over the 1st and 2nd Duro Facilities, El Duro conferred with REYES regarding the shipment of parcels to Waterbury, Connecticut and Allentown, Pennsylvania containing a total of approximately 4 kilograms of cocaine.

13. In between calls to REYES, in calls intercepted over the 1st and 2nd Duro Facilities, El Duro requested that Co-Conspirator #2 send him two addresses in Allentown, Pennsylvania, where REYES could direct parcels containing cocaine, and that Co-Conspirator #3 send him two addresses in Waterbury, Connecticut where REYES could direct parcels containing cocaine. Co-Conspirator #2 and Co-Conspirator #3 each provided two addresses to El Duro, which El Duro forwarded to REYES.

14. Thereafter, in calls intercepted over the 1st and 2nd Duro Facilities, REYES forward tracking numbers for 4 parcels, each containing one kilogram of cocaine, to El Duro. El Duro forwarded two of the tracking numbers to Co-Conspirator #2 and two to Co-Conspirator #3 so they could track the parcels containing cocaine that were destined for their respective locations.

15. Afterward, law enforcement intercepted one of the parcels addressed to an address in Waterbury, Connecticut, which Co-Conspirator #3 had provided to El Duro, and El Duro had forwarded to REYES. That parcel was found to contain approximately one kilogram of a substance that tested positive for the presence of cocaine.

16. Law enforcement also intercepted both of the parcels addressed to addresses in Allentown, Pennsylvania, which Co-Conspirator #2 had provided to El Duro and El Duro had forwarded to REYES. Each of those parcels was found to contain approximately one kilogram of a substance that tested positive for the presence of cocaine.

17. Following the interception of the parcels, in calls intercepted over the 1st and 2nd El Duro Facilities, El Duro, conferred with REYES, Co-Conspirator #2 and Co-Conspirator #3 about the missing parcels.

18. In addition to the narcotics noted above, law enforcement conducted controlled purchases and seized additional amounts of narcotics from co-conspirators in New Jersey during the course of the investigation.